64

981 A.2d 1282

**Abdul ALEEM, Petitioner**

**v.**

**COMMONWEALTH of Pennsylvania, Judge
Amanda Cooperman, Respondent.**

**No. 108 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 16, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of September, 2009, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** The Prothonotary is directed to forward these filings to counsel of record. *See* CP–51–CR–0103821–2005. The Prothonotary is also directed to strike the jurist's name from the caption.